IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01237-CMA-MJW

QUENTIN J. SCHAMBER,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Amend Complaint, DN 9, filed with the Court on August 12, 2010, is GRANTED. The Amended Complaint is accepted for filing as of the date of this minute order.

Date: August 23, 2010