IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01237-CMA-MJW

QUENTIN J. SCHAMBER,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Unopposed Motion for Entry of a Stipulated Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Protective Order (docket no. 24-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: October 20, 2010