## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.  10-cv-01237-CMA-MJW** | FTR - Courtroom A-502 |
| **Date: November 22, 2010** | Ginny Kramer, Courtroom Deputy |
| QUENTIN J. SCHAMBER, | Nora Kelly |
| Plaintiff | |
| v. | |
| CITY AND COUNTY OF DENVER, THE *a municipal corporation,* et al., | Andrea Kershner |
| Defendants. | |

### *AMENDED*  COURTROOM MINUTES / MINUTE ORDER

*AMENDED to reflect that this was set as a STATUS CONFERENCE AND SHOW CAUSE HEARING and additional orders were made on the record.*

**HEARING:**   STATUS CONFERENCE/SHOW CAUSE HEARING
**8:34 a.m.**       **Court in session**

Court calls case.  Appearances  of counsel.
Discussion by the parties as to the status of this case.

**It was ORDERED:**

1.   That a Settlement Conference is scheduled for **February 24, 2011, at 1:30 p.m.** The parties shall submit an updated confidential settlement statement **on or before February 18, 2011.**

**It is ORDERED**:        The ORDER TO SHOW CAUSE [Docket No. 20, Filed October 05, 2010 is deemed satisfied and is vacated.

**It is ORDERED**:        Plaintiff's UNOPPOSED MOTION TO AMEND COMPLAINT [Docket No.**32,** Filed November 18, 2010] is GRANTED, and the SECOND AMENDED COMPLAINT [32-1] is accepted for filing as of November 22, 2010.
SECOND AMENDED COMPLAINT replaces  COMPLAINT [Docket No. **1**] and  AMENDED COMPLAINT [Docket No.**13**] as the operative document.

**8:45 a.m.      Court in recess.**
Total in-court time: 00:11 minutes

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service. (303)825-6119