IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01237-CMA-MJW

QUENTIN  J.  SCHAMBER,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate and Reset Settlement Conference (Doc. No. 38) filed with the court February 17, 2011, is GRANTED. The Settlement Conference set for February 24, 2011 is VACATED and RESET for **April 18, 2011   at   3:00 p.m.**, in Courtroom  A-502 of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.

Date:    February 22, 2011