IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-01237-CMA-MJW

QUENTIN J. SCHAMBER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

---

MINUTE ORDER (DN 39)

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. No. 39) is GRANTED. The amended discovery cutoff date is May 16, 2011. The amended dispositive motions deadline is June 16, 2011.

Date: February 22, 2011